# EXHIBIT B

# AGREEMENT BETWEEN

# TUFTS UNIVERSITY

and

# SERVICE EMPLOYEES INTERNATIONAL UNION
# LOCAL 509

## FULL TIME LECTURERS UNIT

June 18, 2025 – June 30, 2029

Table of Contents

PREAMBLE.......................................................................... 3
ARTICLE 1 – RECOGNITION AND BARGAINING UNIT DESCRIPTION 4
ARTICLE 2 – MANAGEMENT RIGHTS........................................... 5
ARTICLE 3 – EQUAL EMPLOYMENT OPPORTUNITY AND NONDISCRIMINATION ........................................... 6
ARTICLE 4 – UNION SECURITY AND DUES DEDUCTION.................. 6
ARTICLE 5 – UNION RIGHTS..................................................... 9
ARTICLE 6 – ACADEMIC FREEDOM AND FACULTY RIGHTS............. 10
ARTICLE 7 – BARGAINING UNIT INFORMATION............................. 11
ARTICLE 8 – GRIEVANCE AND ARBITRATION.............................. 12
ARTICLE 9 – ACCESS TO SERVICES – DEPARTMENTAL SUPPORT.. 17
ARTICLE 10 – WORKLOAD.......................................................... 19
ARTICLE 11 – APPOINTMENTS.................................................. 37
ARTICLE 12 – EVALUATION........................................................ 44
ARTICLE 13 – DISCIPLINE AND DISCHARGE................................ 48
ARTICLE 14 – PROMOTION........................................................ 49
ARTICLE 15 – SALARY............................................................... 58
ARTICLE 16 – BENEFITS............................................................ 65
ARTICLE 17 – PROFESSIONAL DEVELOPMENT............................ 66
ARTICLE 18 – TEACHING PROFESSOR–UNIVERSITY COMMITTEE... 67
ARTICLE 19 – GOVERNANCE...................................................... 67
ARTICLE 20 – PAYDAY............................................................... 68
ARTICLE 21 – NO STRIKE – NO LOCKOUT.................................... 68
ARTICLE 22 – SEPARABILITY...................................................... 69
ARTICLE 23 – DURATION OF AGREEMENT................................... 70

## PREAMBLE

The Union and the University value and respect the role of the full-time lecturers and teaching professors covered by this Agreement as essential contributors to a learning community.[1] Our relationship is characterized by a spirit of professionalism, collegiality, civility, and cooperation toward a common objective of providing an exceptional educational experience for the University's students.

We believe in effective communication, mutual respect, and meaningful involvement of the faculty covered by this Agreement in working towards this common objective. The Union recognizes and supports the commitment of the University to provide the very best in educational opportunities to all students. The University recognizes and respects the Union's commitment to advocating for the interests of its members.

The nature of our relationship is reflected in our ongoing collaboration to resolve issues of mutual interest as well as differences as they arise. We are committed to resolving disputes through such collaborative processes and, when necessary, the grievance and arbitration procedure established in this Agreement, including its emphasis on informal resolution.

The University and the Union also agree that any public statements made during the term of this Agreement concerning any dispute or proceeding between the University and the Union will be consistent with the spirit of professionalism and civility that the parties have committed to maintain.

The parties are committed to promoting an awareness, understanding, and respect of diverse interests, opinions and experiences and recognize the value such diversity has in providing a high-quality education to every student. A culture that encourages collaboration and respect is vital to a positive work environment conducive to the success of the University's students and those who provide for their education.

[1] The term "faculty" or "faculty member(s)" as used in this Agreement refers to full-time lecturers and teaching professors covered by this Agreement.

# ARTICLE 1
# RECOGNITION AND BARGAINING UNIT DESCRIPTION

1.1 Pursuant to the Certification of Representative issued by the National Labor Relations Board in Case No. 1-RC-142234, Tufts University (hereinafter referred to as the "University") hereby recognizes the Service Employees International Union Local 509, CTW, CLC, hereinafter referred to as the "Union," as the sole and exclusive collective bargaining representative of all non-tenure track full-time lecturers and teaching professors employed in the School of Arts and Sciences, including, but not limited to, lecturers and teaching professors with titles of Coordinator, Course Administrator, Director, or Supervisor; and also including full-time lecturers and teaching professors who work for the School in other non-managerial, non-supervisory, non-confidential capacities.

1.2 Excluded from the bargaining unit are

- 1.2.A All other employees;
- 1.2.B Tenured and tenure-track faculty;
- 1.2.C Professors of the practice;
- 1.2.D Non-tenure track assistant and associate professors;
- 1.2.E Post-doctoral scholars;
- 1.2.F Research associates;
- 1.2.G Part-time lecturers;
- 1.2.H Deans;
- 1.2.I Provosts;
- 1.2.J Department chairs;
- 1.2.K Maintenance employees;
- 1.2.L Full time-lecturers in Athletics,
- 1.2.M University College,
- 1.2.N Experimental College,
- 1.2.O The School of Engineering,
- 1.2.P The Fletcher School of Law & Diplomacy,
- 1.2.Q Dental School, School of Medicine, Cummings School of Veterinary Medicine, and/or Friedman School of Nutrition Science and Policy;
- 1.2.R Guards;
- 1.2.S Confidential employees;
- 1.2.T Managers; and supervisors as defined in the Act.

(Parties agree that associate chairs are in the unit if they notify the Dean of the School.)

## ARTICLE 2
## MANAGEMENT RIGHTS

2.1 All management functions, rights, and prerogatives, written or unwritten, which have not been expressly modified or restricted by a specific provision of this Agreement, are retained and vested exclusively in the University and may be exercised by the University at its sole discretion. Such management functions, rights, and prerogatives include, but are not limited to, all rights and prerogatives granted by applicable law; the right to generally determine and effect the University's mission, programs, objectives, activities, resources, and priorities; to establish and administer procedures, rules and regulations, and direct and control University operations; to alter, extend or discontinue existing equipment, facilities, and location of operations; to determine or modify the number, qualifications, scheduling, responsibilities, and assignment of employees; to establish, maintain, modify, or enforce standards of performance, conduct, order, and safety; to evaluate, determine the content of evaluations, and determine the processes and criteria by which employees' performance is evaluated; to establish and require employees to observe University rules and regulations; to discipline or dismiss employees; to establish or modify the academic calendars, including holidays and holiday scheduling; to assign work locations; to schedule hours of work; to recruit, hire, or transfer; to determine all matters relating to employee hiring, retention, and student admissions; to introduce new methods of instruction; to subcontract all or any portion of any operations; and to exercise sole authority on all decisions involving academic matters.

2.2 Decisions regarding who is taught, what is taught, how it is taught, and who does the teaching involve academic judgment and shall be made at the sole discretion of the University.

2.3 The University, in not exercising any function hereby reserved to it in this Article, or in exercising any such function in a particular way, will not be deemed to have waived its right to exercise such function or preclude the University from exercising the same in some other way.

2.4 No action taken by the University with respect to a management or academic right shall be subject to the grievance procedures unless the exercise of such right violated an expressly written provision of this Agreement.

## ARTICLE 3
## EQUAL EMPLOYMENT OPPORTUNITY AND NONDISCRIMINATION

3.1 It is the policy of the University not to discriminate on the basis of race, color, national or ethnic origin, age, religion, disability, sex, sexual orientation, gender identity and/or expression, genetic information, military or veteran status (special disabled veterans, disabled veterans and Vietnam-era veterans), or any other characteristic protected under applicable federal or state law. It is also a violation of University policy to retaliate against any individual for filing a complaint of discrimination or for cooperating in an investigation of alleged discrimination (protected activity). Unlawful discrimination has no place at the University and offends the University's core values, which include a commitment to equal opportunity and inclusion.

3.2 The University also maintains its commitment to affirmative action and a community that is truly integrated, diverse, and inclusive.

3.3 The Union acknowledges that, like other University employees, faculty covered by this Agreement are subject to University policies prohibiting discrimination and harassment, as referenced in this Article.

3.4 The University shall not discriminate against any faculty member on the basis of Union membership status or Union activity.

## ARTICLE 4
## UNION SECURITY AND DUES DEDUCTION

4.1 It shall be a condition of employment that all Faculty members covered by this Agreement who are members of the Union in good standing as of its effective or execution date, whichever is later, shall remain members in good standing, and those who are not members in good standing as of the effective or execution date of this Agreement, whichever is later, shall, on or after the thirtieth (30th) calendar day following the later of the effective or

execution date, become and remain members in good standing of the Union, or in lieu of union membership to pay an agency fee. The amount of such agency fee shall be determined by the Union, in accordance with applicable law.

4.2 It shall also be a condition of employment that all faculty members covered by this Agreement who are hired on or after its effective or execution date, whichever is later, shall, on or after the thirtieth (30th) work day following the beginning of such employment either become and remain members in good standing of the Union, or pay an agency fee as determined by the Union.

4.3 The Union may request that a Faculty member who fails to join the Union, maintain Union membership or pay a representation fee shall be dismissed. If the Union makes such a request, the Employer shall comply. Prior to any dismissal, the Faculty member shall be offered an opportunity within thirty (30) calendar days, following the written notification from the Union to the Employer requesting discharge, to pay the required dues, initiation fees, and/or representation fees that have not been tendered. If the Faculty member fails to pay within that time period, and the Union so verifies, the University shall dismiss the faculty member, provided, however, that no such dismissal shall take effect during a semester in which the faculty member is teaching a course or courses. In such case, dismissal will be at the conclusion of the semester.

4.4 The University further agrees to deduct voluntary contributions made by employees to the SEIU Local 509 Committee on Political Education (COPE) and to remit said contributions to the Union at the same time union dues and agency fees are remitted. Said contributions are strictly voluntary and can be in any amount as determined by the employee.

4.5 Each payday, the University shall deduct from a faculty member’s wages a sum of dues and/or fees owed the Union and authorized under the federal labor law, provided the faculty member has furnished the University a written assignment executed in accordance with law. The Union will provide to the University a suitable form for the authorization of this payroll deduction and a link to the form from the Union’s website. As to new Faculty, the University will include that form in their initial employment packet, or the link to the form on the Union’s website, provided the Union has provided the form or link to the form.

4.6 The Union shall be ultimately responsible for obtaining executed written assignments from existing Faculty. However, the University shall cooperate with the Union in seeking compliance with this provision by notifying covered faculty at their time of hire of the existence of this agreement and by providing them with union membership and pay deduction materials supplied by the Union. Materials voluntarily completed by the faculty member and returned to the University shall be promptly remitted to the Union.

4.7 Payment of Union dues and/or fees may be made via the check off procedure provided by this Article. It is agreed that the University shall assume no financial or other obligation arising out of the provisions of this Article. The Union hereby agrees that it shall indemnify, defend, and otherwise hold the University harmless against any and all claims, demands, actions or proceedings by a faculty member arising out of or by reason of action the University takes pursuant to this Article.

4.8 The Union shall be entitled to have payroll deductions for membership dues from any Union member in the unit who indicates in writing that they wish such deductions to be made.

4.9 The Union shall establish and certify in writing to Tufts Support Services the amount of dues. The payroll deduction authorization form shall also be provided by the Union to the University.

4.10 Each pay day, the University shall deduct from the paycheck of each bargaining unit member the dues and/or fees owed to the Union, provided the faculty member has furnished the University prior to the payroll deadline a written assignment executed in accordance with law.

4.11 On or about the fifteenth (15th) of the month following the deductions, monies so deducted by the University, shall be transmitted by mail or electronically to the Union Treasurer or other Union designee.

At the same time as the University remits all deductions for union dues or representation fees, the University will also provide the following information:

4.11.A Name and employee I.D. number;

4.11.B Rate of pay and earnings that the dues or representation fee deduction is based on;

4.11.C Month the deduction is based on;

4.11.D Separately listed dues, fees, and COPE deductions; and,

4.11.E If applicable, a reason dues are not deducted.

4.12 A faculty member shall be free to revoke their dues check-off authorization at any time by notifying Tufts Support Services in writing. Following receipt of any check-off revocation, the University shall notify the Union, in writing, of the revocation.

4.13 The Union may report missing or incorrect deductions as they become known. In the event that a payroll deduction for a faculty member is processed incorrectly, the University will correct the error in the next pay period or as soon as practicable after being informed of the error by either the faculty member or the Union. Should the University fail to make the above deduction notwithstanding its receipt of a valid written authorization, the University shall be liable to the Union for the amount thereof thirty (30) days after receipt of written notice by the Union of the amount due. This shall not constitute a waiver of the right of the University to collect or recover the monies directly from the faculty member.

## ARTICLE 5
## UNION RIGHTS

5.1 Outside representatives of the Union shall have reasonable access to the University's facilities for the transaction of necessary Union business relating to this Agreement so long as normal business and classroom activities are not disrupted or attempted to be disrupted. The Union agrees to comply with all University regulations and policies regarding the use of University facilities, including following proper procedures for reserving meeting rooms.

5.2 The Union shall have access to meeting space on campus, subject to the same procedures as other campus organizations.

5.3 By October 15 of each year, the Union shall provide to the University Office of University Counsel a list of those full-time faculty who will represent the unit in the adjustment of grievances, the processing of any disciplinary appeals, and in meetings with a grievant or University representative, as well as in attending to other matters relating to the administration of this Agreement. Such list will be periodically updated as needed.

5.4 Union representatives shall be given some time by the University at the regular school orientation to address full-time faculty in attendance.

5.5 The Union shall be permitted to post notices pertaining to legitimate and appropriate union interests on designated University bulletin boards. The Union shall monitor the bulletin boards and shall promptly remove inappropriate or outdated material. The Union agrees that it will not post materials derogatory to the administration.

## ARTICLE 6
## ACADEMIC FREEDOM AND FACULTY RIGHTS

6.1 Academic Freedom.

6.1.A Academic Freedom is essential to the free search for truth and its free exposition and applies to both teaching and research. Academic freedom in its teaching aspect is fundamental, not only to the advancement of truth but for the protection of the rights of the teacher in teaching and of the student to freedom in learning as well. It carries with it duties correlative with rights.

6.1.B Each faculty member is entitled to freedom in the classroom in discussing their subject but should be careful not to introduce into the faculty member's teaching controversial matter that has no relation to the subject.

6.1.C When a faculty member speaks or writes as a citizen, the faculty member should be free from institutional censorship or discipline, but the faculty member's special position in the community

imposes special obligations. A faculty member should remember that the public may judge the profession and the institution by their utterance. Hence, the faculty member should at all times be accurate, should exercise appropriate restraint, should show respect for the opinions of others and should make every effort to indicate that they are not an institutional spokesperson.

6.2 In the classroom, a faculty member's pedagogy shall be guided by the course description and syllabus, requirements of effective teaching, adherence to academic and professional standards, and encouragement of the spirit of inquiry among students.

6.3 Faculty members will follow the University's policy on plagiarism and the student code of conduct and other rules and regulations governing students' and faculty members' work expectations.

6.4 No faculty member will be disciplined for following established university policies.

6.5 To the extent a department or program has particular written expectations on course syllabi, teaching and grading responsibilities, student assignments, or other expectations, such written expectations will be made available to the faculty member before the beginning of the course.

6.6 Faculty members may be given opportunities to teach a variety of courses, including elective, required, and core courses.

## ARTICLE 7
## BARGAINING UNIT INFORMATION

7.1 Two (2) weeks prior to the start of the Fall semester of each academic year, the University will provide the Union with the following information regarding bargaining unit members:

7.1.A Name, home address, phone number, University email, personal email (only if reported to Human Resources by the faculty member), employee ID number;

7.1.B Semester first taught at the University;

7.1.C Current appointment end date;

7.1.D Faculty rank;

7.1.E Salary;

The Union agrees to notify the University fourteen (14) days prior to the deadline in Section 7.1.

7.2 The University will provide an updated list within thirty (30) calendar days following the closure of the add/drop period for the Spring semester.

## ARTICLE 8
## GRIEVANCE AND ARBITRATION

8.1 A grievance within the meaning of this Agreement shall be any dispute concerning the interpretation, application, or claimed violation of a specific term or provision of this Agreement.

8.2 A prompt and efficient method of settling grievances, as herein defined, is both desirable and necessary. This is the sole and exclusive procedure for the resolution of grievances under this Agreement. Moreover, notwithstanding the availability of the formal procedures of this Article, it is agreed that an informal resolution of any dispute is desirable and encouraged. The parties agree that such informal resolution shall occur, if possible, by direct discussion between the Union and the University.

8.2.A **Precedent.** In the event an individual Faculty Member and the University settle a dispute without the written and express agreement of the Union, that settlement will not create a precedent for either party in the interpretation or application of this Agreement.

8.3 General Provisions.

8.3.A Any reference to "days" shall mean calendar days, unless otherwise specified. However, "days" shall not include the period between the university's commencement and the first day of class

in the fall semester or the period between the last day of class in the fall semester and the first day of class in the spring semester.

8.3.B The filing or pendency of a grievance under the provisions of this Article shall not prevent the University from taking the action complained of, subject, however, to the final decision of the arbitrator.

8.3.C Failure by the Grievant to comply with the time limitations of Step 1 shall preclude any subsequent filing of the grievance.

8.3.D All time limits herein may be extended by mutual agreement expressed in writing.

8.3.E Unless the parties have agreed in writing to a specific extension of time, any grievance or demand for arbitration that is not filed at each step within the time limits contained herein shall be deemed waived and there shall be no further processing of the grievance or any arbitration thereon.

8.3.F Failure by the University at any step to communicate its response within the specified time limits shall permit the Grievant to proceed to the next step.

8.3.G Any grievance filed by the Union on behalf of two or more faculty members, may be initiated at Step 2. Additionally, as to any other grievance, the parties may proceed initially at Step 2 if by mutual agreement, in writing.

8.4 An aggrieved faculty member or the Union shall present a grievance within thirty (30) days after the grievant became aware of, or reasonably could have known about, the action being contested. The grievance must be reduced to writing and must specify the nature of the grievance, the provision(s) of this Agreement at issue, and the relief requested.

8.5 If a grievance involves allegations that the University has discriminated on the basis of race, color, national or ethnic origin, age, religion, disability, sex, sexual orientation, gender identity and expression, veteran status (special disabled veterans, disabled veterans and Vietnam-era veterans), or any other class protected under University policy or applicable law, it will be

processed through the procedures of the University's Office of Equal Opportunity (OEO). The matter will be investigated, and the University shall make final determination on whether or not discrimination has occurred and take any necessary action. If the Union is dissatisfied with the University's final actions, the Union may take the matter to mediation and arbitration by serving notice in accordance with this Article.

8.6 The following steps shall be followed in the processing of grievances:

8.6.A **Step 1**. The faculty member shall file the grievance with their Department Chair or their designee. The Chair or their designee shall meet with the faculty member and Union representatives within ten (10) days of receipt of the grievance to discuss the grievance. The respective parties may in their reasonable discretion bring additional individuals to the grievance meeting. Each side will notify the other as to who will attend the grievance meeting no later than 48 hours prior to the meeting. The Chair or their designee shall write an answer within ten (10) days of the meeting.

In the event an individual faculty member and the University settle a dispute without the written and express agreement of the Union, that settlement will not create a precedent for either party in the interpretation or application of this Agreement.

8.6.B **Step 2.** If the grievance is not resolved at Step 1, the faculty member may request that the Union appeal the grievance to Step 2. If the Union deems the grievance to be meritorious, it may file the Step 2 grievance with the Dean of Academic Affairs or their designee within fourteen (14) days of receipt of the Step 1 response, or within fourteen (14) days of the deadline for the Step 1 response, if none was received. The Union representative will contact the Dean's office after filing the grievance to schedule a meeting to be held as soon as practicable but no later than fourteen (14) days after the filing. The Dean of Academic Affairs or their designee, plus, at their discretion, additional individuals, shall meet with the faculty member and Union representative(s) for the purpose of attempting to resolve the grievance. The respective parties may in their reasonable discretion bring additional individuals to the grievance meeting. Each side will

notify the other as to who will attend the grievance meeting no later than 48 hours prior to the meeting. If the grievance is not resolved at this meeting, the Dean of Academic Affairs or their designee shall respond to the Union in writing within fourteen (14) days of the meeting. If the Dean of Academic Affairs or their designee fails to respond within fourteen (14) days of the meeting, the grievance may proceed to Step 3.

8.6.C **Step 3.** A grievance not resolved at Step 2 may be appealed in writing by the Union to the Dean of the School of Arts and Sciences or their designee within fourteen (14) days of receipt of the Step 2 response, or within fourteen (14) days of the deadline for the Step 2 response, if none was received. The Union representative will contact the Dean's office after filing the grievance to schedule a meeting to be held as soon as practicable but no later than fourteen (14) days after the filing. The Dean of the School of Arts and Sciences or their designee, plus, at their discretion, additional individuals, shall meet with the faculty member and Union representative(s) for the purpose of attempting to resolve the grievance. The respective parties may in their reasonable discretion bring additional individuals to the grievance meeting. Each side will notify the other as to who will attend the grievance meeting no later than forty-eight (48) hours prior to the meeting. If the grievance is not resolved at this meeting, the Dean of the School of Arts & Sciences or their designee shall respond to the Union in writing within fourteen (14) days of the meeting.

8.6.D **Mediation.** A grievance not resolved at Step 3 may be processed to mediation by the Union by giving written notice to the University within twenty-one (21) days of the Step 3 response, or within twenty-one (21) days of the deadline for the Step 3 response, if none was received. Only the Union may process a grievance to mediation. In such a case, the parties will attempt to agree upon a mediator, but if they cannot do so within twenty-one (21) days of the notice of mediation, they will agree to use the Federal Mediation and Conciliation Service and its procedures. Once appointed, the mediator and the parties shall mutually agree upon a date for mediation and will endeavor to resolve the grievance

at that meeting. The compensation and expenses of the mediator shall be borne equally by the parties.

8.6.E **Arbitration.** A grievance not resolved in mediation may be appealed to arbitration by the Union by giving written notice to the University within twenty-one (21) days of the last mediation session. Only the Union may process a grievance to arbitration.

In such a case, the parties will attempt to agree upon an arbitrator. However, if they cannot agree, then, within fourteen (14) days of the Union's notice of appeal to arbitration, the Union will request a list from the Labor Relations Connection and selection shall be made in accordance with the Voluntary Labor Arbitration Rules of the Labor Relations Connection.

8.6.E.(1) Arbitration will be conducted in accordance with the Rules of the Labor Relations Connection.

8.6.E.(2) Each party shall bear the expense of preparing and presenting its own case.

8.6.E.(3) The fees and expenses of the arbitrator, and the cost of any hearing transcript, shall be borne equally by the Union and the University.

8.6.E.(4) Unless otherwise mutually agreed, each arbitration hearing shall deal with no more than one (1) grievance.

8.6.E.(5) The Arbitrator shall have no power to add to, subtract from, modify, or disregard any of the provisions of this Agreement. The arbitrator shall have no jurisdiction or authority to issue any award changing, modifying, or restricting any action taken by the University on matters committed to the University's discretion under Article 2 (Management Rights) that are not further abridged by other terms of this Agreement.

8.6.E.(6) The decision of the Arbitrator shall be final and binding on the parties, although each side retains whatever rights it has under state or federal law to challenge the decision and award.

8.7 If a faculty member must miss a class because they are required to attend an arbitration, there will be no loss of compensation from the University for that faculty member. The faculty member shall be responsible for scheduling a make-up class or arranging, sufficiently in advance of the scheduled class, for a suitable replacement to teach the class who is acceptable to the Department Chair, Program Director, or immediate supervisor. Such replacement approval shall not be unreasonably denied.

8.8 All time limits herein may be extended by mutual agreement expressed in writing. Unless the parties have agreed in writing to a specific extension of time, any grievance or demand for arbitration that is not filed at each step within the time limits contained herein shall be deemed waived and there shall be no further processing of the grievance or any arbitration thereon.

## ARTICLE 9
## ACCESS TO SERVICES – DEPARTMENTAL SUPPORT

9.1 New full-time faculty members will be invited to the new faculty member orientation at the beginning of the school year, where they can be introduced to the procedures necessary to do their job.

9.2 Any written departmental or program Mission Statements, faculty handbooks, guidelines, or procedures, to the extent they exist, shall be made available to the faculty member before the beginning of the semester, with updates as available.

9.3 If the faculty member is authorized in advance by the University to purchase supplies, materials, and/or software for a course, they will be promptly reimbursed, upon submission of a receipt or other documentation of the expense.

9.4 All proposed course-related field trips must be approved in advance by the relevant department chair or program director, and if approved, faculty members must abide by applicable guidelines and policies relating to such

field trips. If a faculty member receives written authorization to cover the costs of the approved field trip or similar expenses, they will be promptly reimbursed, upon submission of a receipt or other documentation of the expense.

9.5 Faculty members shall be provided computers and related equipment on the same terms as tenured and tenure-track faculty.

9.6 Faculty members shall be provided with individual mailboxes in each department to receive student papers and campus and other mail.

9.7 Faculty members shall have access to email and free WiFi at the University for the term of their appointment, and will not lose such access between semesters.

9.8 Faculty members shall have access to appropriate office space to prepare for class, meet with, and advise students, including private space when necessary. Prior to any decisions made at the departmental, program, or school level related to the allocation of office space, the Chair, Director, their designee, or Coordinator shall meet with affected faculty members to discuss proposed changes and possible alternatives.

9.9 Faculty members shall have full access to library services for the term of their appointment, and will not lose such access between semesters.

9.10 Full-time faculty will be welcome to participate in available training and/or guidance in teaching methods and grading criteria, curriculum development, assistance in understanding the learning styles and expectations of the Tufts University student body provided by the Center for the Enhancement of Learning and Teaching, as well as the annual University teaching and faculty development conference. Unless the conditions and eligibility terms of a given grant state otherwise, full-time faculty members shall have the opportunity to apply for grants made available to tenured and tenure-track faculty.

## ARTICLE 10
## WORKLOAD

10.1 **University Rights on Workload.** The University has the right to set the workload of all bargaining unit Faculty, subject only to the specific limitations in this Article. The workload of Faculty will include responsibilities in the areas of teaching, advising (which includes pre-major advising and major advising, supervising undergraduate independent studies and theses/capstones, supervising master theses/capstones, and supervising doctoral theses), and service to the department/program, School, and/or University along with specific expectations delineated in this Article.[2]

***NOTE: The provisions below in this Article cover the workload responsibilities of lecturers and teaching professors starting in AY 25–26.***

10.2 **Lecturer and Teaching Professor Workload.**
During the course of an academic year a Faculty member's workload shall normally consist of teaching the equivalent of six (6) courses plus a combination of advising and/or service, as defined by department/program workload policies and in accordance with articles 10.2, 10.4 and 10.6.

All Faculty will have their workloads recorded in a document managed by the School Workload Committee (SWC), in accordance with articles 10.1 and 10.6.

10.2.A **Teaching**. No faculty member shall be required to teach more than the equivalent of six (6) courses per academic year. No faculty member shall be required to teach more than the equivalent of three (3) courses per semester.

Faculty members of any rank in their first year of appointment shall not be required to teach more than four (4) courses per academic year and no more than two (2) courses per semester. Faculty members of any rank in their second year of appointment shall not be required to teach more than five (5) courses per academic year.

A faculty member required to teach three unique courses in the same semester, either according to department/program norms

[2] Any additional work must be requested or confirmed in writing by the Dean's office.

or out of necessity, shall receive 0.25 course equivalents (CEs) for each semester in which this occurs. A “unique course” is defined as a class in SIS registration with a unique course number and the minimum course enrollment established by the School, subject to the provisions of 10.2.A(3). Concurrent classes that meet with the same schedule but have multiple course numbers do not count as two courses. In such cases, the course with the higher CE value will count as a course for purposes of this section.

10.2.A.(1) Teaching More than six (6) Course Equivalents (CEs): Beginning in FY 26, a Teaching Professor who agrees to a request made in writing by the Dean’s office to teach more than 6 course equivalents in a given year, can choose, instead of banking credits, to receive prorated compensation based on the applicable course rate in the collective bargaining agreement for Part-Time Lecturers at the time the course is taught. The decision to choose either compensation or credit must be made in writing when the additional work is accepted. For the basis of determining the appropriate pay rate as defined in Appendix A of the Part-Time Lecturers CBA in effect at the time of ratification of this CBA, a Lecturer will be considered ‘Step 1’, an Assistant Teaching Professor will be considered ‘Step 2’, an Associate Teaching Professor will be considered ‘Step 3’, and a Teaching Professor will be considered ‘Step 4’.

10.2.A.(2) Specialized Courses: Departments / programs can define workload involved with specialized courses (e.g., lab courses, coordinated courses, courses with recitations, courses that take place off campus, etc.) subject to the approval of the School Workload Committee (SWC) as defined in Section 10.4. These will be consistent with current department workload policies, provided they are reasonably equitable across departments/programs and approved by the SWC.

10.2.A.(3) Small Enrollments and Cancellations: If there is insufficient enrollment as determined by the University, the University retains the right and discretion to not run the class or to allow such a course to run. If a Lecturer or Teaching Professor is asked in writing by their department/program to teach a course that is under-enrolled, the faculty member shall receive the number of equivalencies appropriate if the course was not underenrolled.

The University acknowledges that some courses may enroll late and agrees to be mindful of when decisions are made to cancel a course due to low enrollment. If a course is cancelled because of under-enrollment, the dean, chair, and faculty member will collaborate to find alternative work in service to the department, school, or university equivalent to 1.0 course equivalent (CE). If the course is cancelled within one (1) month prior to the start of the semester, the faculty member will also be credited 0.25 CEs. As an alternative, a faculty member can choose to spend a banked course release.

Faculty members who currently teach fewer than three (3) courses per semester shall not have their teaching assignments increased provided that the faculty member is working under the department/program workload policies in effect during the academic year, the faculty member is providing the work in question, or provided that the faculty member is performing any additional service and/or other work in lieu of teaching where that is specified under said workload policy. In addition, faculty members who previously agreed to a lower teaching load within their department/program will not have their teaching assignments increased provided they continue to perform the additional service and/or additional work for which they

received workload credit, unless approved by the School Workload Committee.

10.2.B **Advising** Teaching Professors shall be assigned a range of advisees each academic year based on rank: 8–10 for Assistant Teaching Professor, 12–14 for Associate Teaching Professor, and 14–16 for Full Teaching Professor. As an exception to the advisee expectation above, faculty in their first two years of service in the bargaining unit shall not be assigned any advisees, unless advising is required to meet accreditation requirements in the relevant professional program.

A Teaching Professor may perform additional committee service in lieu of some or all of the advising requirement as determined by the relevant department/program workload policy.

If a chair or Dean directly asks a Teaching Professor in writing to take on more than the range of advisees specified by rank, and if the Teaching Professor agrees to do so, then they will receive 0.04 course equivalencies (CEs) per each additional advisee. This provision applies for each academic year in which the Teaching Professor advises students beyond the rank-based cap. If a Teaching Professor takes on further advisees voluntarily, they will not receive any CEs for those advisees.

The number of academic advisees does not include honors thesis advising and/or graduate thesis/dissertation advising. Each senior honors thesis or graduate thesis/dissertation advised over the course of two semesters counts for 0.25 of a course equivalent. Such arrangements must be approved in writing by the chair or dean in advance if the faculty member wishes to bank CE credit. Any faculty member who wishes to advise theses without banking credit can do so at their discretion, subject to established practice within departments and programs, subject to prior written approval by the Chair or Dean's office.

10.2.C **Service**. Teaching Professors should contribute service to both their department/program and the School/University. Teaching Professors cannot be required to serve on more than two (2) committees. Committee work could include department/program standing committees, School or University standing committees

or joint labor management committees. Service on a significant *ad hoc* committee may serve as a replacement for service on department/program or School/University standing committees as determined by the department/program workload committee. *Ad hoc* committees include full-time faculty or staff search committees, comprehensive faculty review committees, or other committees established by a department/program. Definitions of other *ad hoc* committees must be approved in writing by the department/program workload committee prior to being considered for workload.

A Teaching Professor may perform additional advising in lieu of some or all of the service requirement as determined by the relevant department/program workload policy.

Chairing a standing committee or an *ad hoc* full-time faculty or staff search committee shall count as two (2) committee memberships. Similarly, participation in some committees that may involve substantially more work can count for more than one committee membership following discussion between the chair, SWC, and faculty member.

As exceptions to the above, faculty in their first two years of bargaining unit service may serve on committees but are not required to do so.

10.3 **Other Responsibilities**. In addition to the workload of a faculty member set under a department/program's workload policy, it is recognized that from time to time, certain faculty member may also carry other responsibilities that may not be covered by a department/program's workload policy, such as coordinating or directing an academic program or course or certain administrative duties. In such cases, if the workload is sufficiently substantial, taking into account department/program size and other relevant factors, the faculty member may receive a reduction of one or more course equivalents, as appropriate, or compensation. This decision will be made by the Dean of Academic Affairs in consultation with the faculty member and the department chair/program director. A decision not to allow a course equivalency will not be made in an unreasonable manner.

No faculty member shall be forced to take on more work over and above the workload expectations in this Article and can decline without retaliation for such refusal to do so.

10.4 **Workload Policies and Course Equivalencies**.

**Workload Policies**

**School Workload Committee Review and Approval Process**

**SWC structure and deadlines:** All departments and programs with full-time Lecturer and Teaching Professor primary appointments are required to maintain workload policies to account for specific duties that are not addressed explicitly in this contract. By October 15, 2025, each department and program with full-time faculty members will complete and forward its workload policy first to the School Workload Committee (SWC) for approval. Votes on the SWC will be split equally among labor and management, regardless of number of representatives in attendance. Votes in support of action or a decision by the SWC must be made by a majority of the voting members. The SWC will complete its review of each workload policy no later than December 18, 2025.

**SWC approves:** If the SWC approves the policy, it will then be forwarded to the Dean of Academic Affairs for final approval.

**SWC rejects:** If the SWC rejects the policy, it shall ask the department/program to revise the policy to conform to the SWC's recommendations within twenty-one (21) days of receipt. If a department / program cannot produce a workload policy that is acceptable to the SWC after revisions, then the SWC will modify the submitted policy to be in compliance with the CBA and submit it to the Dean of Academic Affairs for approval.

**SWC Split:** If SWC vote is split on the submitted workload policy, the committee will reconvene for discussion, which may result in recommendations for changes in the policy to the department, and a re-vote. If the SWC remains split after a re-vote, then the proposed department/program workload policy will be submitted to the Dean of Academic Affairs as written.

**Dean Approval Process**

After workload policies are presented to the Deans for approval, the Deans shall respond with either written approval of the policies or else with feedback to the department and SWC for revision of such policies within a reasonable time not to exceed twenty-one (21) calendar days. The Dean of Arts & Sciences has final discretion to reject or approve any workload policy following the completion this process.

**Course Equivalencies**

Each department/program workload policy must allow for workload to be counted in increments smaller than one (1) course equivalent. The accumulation of partial course equivalents can be banked for at least three (3) years but no longer than five (5) years. These equivalents can be combined to justify a course release or equivalent. Departments shall maintain their flexibility as to when a faculty member can take their course release and equivalencies. If a faculty member's course release or equivalency is denied in a given semester, the department or program shall develop a plan which allows the affected faculty member to take their earned course release or equivalency no later than two (2) semesters after it has been requested. If a department or program is unable to accommodate all earned course releases or equivalencies within its current resources, the department chair or program director shall notify the dean. The dean shall work with the department or program to develop a plan which allows the affected Lecturer(s) or Teaching Professor(s) to take their earned course releases or equivalencies no later than two (2) semesters after they have been earned.

Course equivalencies shall be defined in the workload policies created by department/program workload committees and approved by the School Workload Committee (SWC), in accordance with this Article.

While workload policies may vary across departments/programs, the following list of options can be considered, although it is not meant to be comprehensive. If any of the following items apply to a department or program, they must be addressed and, where applicable for extra work, advance approval must be obtained in accordance with 10.1 and 10.2. Items not relevant to a department's or program's needs do not apply:

10.4.A Courses with multiple sections.

10.4.B Labs, artistic events, field work, and other course-specific factors.

10.4.C Exceptional advising work, including awarding 0.04 course equivalencies per advisee above the maximum advising ranges as detailed in Article 10.2.B.

10.4.D Extraordinary department/program, School, and/or University service, such as chairing committees and directing or coordinating programs.

10.4.E Substantial participation in interdisciplinary programs.

10.4.F Program and curriculum design, development, and revision such as launching of a new program or undertaking accreditation work.

10.4.G New course development shall be awarded a standard of one (1) course equivalent in the semester prior to the new course being taught; this does not apply during the first two (2) years of the contract if the Lecturer or Teaching Professor is expected to teach four (4) or five (5) courses.

10.4.H Major revision of a current course that is previously requested and/or approved by the department/program shall be awarded a minimum of 0.5 course equivalencies; this does not apply during the first two (2) years of the contract if the Lecturer or Teaching Professor is expected to teach (4) or five (5) courses.

10.4.I Supervision of teaching assistants or other section or lab leaders, provided the course is not also receiving the large course equivalency credit described in 10.4.O.

10.4.J Supervision of independent studies shall be awarded a standard 0.125 course equivalencies for a 3 -SHU, one (1) – semester independent study program.

10.4.K Directing honors theses or graduate thesis/dissertation shall be awarded a standard 0.25 course equivalencies for two (2) semesters of supervision per student.

10.4.L Supervising undergraduate and/or graduate student researchers, post-doctoral associates/fellows, and other researchers.

10.4.M Chairing master's or doctoral committees.

10.4.N More time-intensive courses (such as but not limited to courses taught off-campus or with internship components requiring extra time of faculty members, courses with recitations, courses that meet for more than two and a half (2.5) hours / week, courses with assignments that involve time-consuming grading, or the administration of courses / programs that involve substantial time working with community partners).

10.4.O Large enrollment courses are considered courses with an enrollment of eighty (80) or more students across all sections. Additional course equivalencies shall be awarded as follows:

| | |
|---|---|
| 80–100 students: | 1.2 CEs |
| 101–120 students: | 1.4 CEs |
| 121–140 students: | 1.6 CEs |
| 141–165 students: | 1.8 CEs |
| 166–200 students: | 2 CEs |
| 201–240 students: | 2.2 CEs |
| 241–285 students: | 2.4 CEs |
| 286–340 students: | 2.6 CEs |
| 341–400 students: | 2.8 CEs |
| 401–460 students: | 3 CEs |

If multiple sections of the same large enrollment course are taught by one instructor in the same semester, the largest of the sections will be used for determining a course equivalency. The smaller of the two sections will count for 1.0 CE.

10.4.P Evaluations of other faculty, pursuant to terms of the CBA.

10.4.Q Event organizing, if requested and/or approved by department / program.

10.4.R Recruitment and marketing, if requested and/or approved by the department / program.

10.4.S Service as the transfer of credit representative for a department / program.

10.4.T Service as the minor advisor for a department / program.

10.4.U Supervision of or serving as Faculty Advisor to Culture / Theme Houses.

10.4.V Serving on an *Ad Hoc* Committee: All types of work completed as part of the process for hiring new full-time and part-time faculty (tenure-stream faculty, teaching professors, professors of the practice, part-time faculty, etc.) shall count towards a Teaching Professor's standard service obligation or towards course equivalents if participation is beyond the equivalent as defined by department/program workload committees (per Article 10.2). This includes reviewing applicant materials, attending meetings to consider candidates, attending job talks, interviewing candidates in groups or individually, attending dinners with candidates, and providing written or verbal feedback on the suitability of candidates. Teaching Professors shall be notified whenever an *ad hoc* Committee is formed in their department or program.

Lecturers and Teaching Professors shall not be denied the right to participate on these committees in an unreasonable manner.

10.5 Expectations of Lecturers and Teaching Professors.

10.5.A **Teaching / Advising.** Faculty members are expected to teach their assigned courses and attend all classes as scheduled and to advise students as appropriate (see below).

10.5.A.(1) Faculty members are expected to create, distribute and adhere to a syllabus for each course they teach and provide their department chairs or program directors with copies of such syllabi upon request, or in accordance with any department/program policy, such as a requirement to post such syllabi on LMS such as Canvas (or a comparable type of

learning software). Requests for syllabi shall not be made in an unreasonable manner.

10.5.A.(2) In the classroom, a faculty member's pedagogy shall be guided by the course description and syllabus, requirements of effective teaching, adherence to academic and professional standards, and encouragement of the spirit of inquiry among students.

10.5.A.(3) Faculty members will submit grades and other requested information about students in a timely fashion in accordance with University, School and department/program policies.

10.5.A.(4) Faculty members are expected to adhere to any University, School or department / program policies dealing with student academic issues or procedures; student course evaluations; policy on plagiarism and the student code of conduct; student accommodation issues; and other rules and regulations governing students' and faculty members' work expectations.

10.5.A.(5) Faculty members are expected to serve as pre-major and/or major advisors, and/or advisors to graduate students, as appropriate, in accordance with University, School, and department/program policies. Teaching Professors are encouraged to attend periodic workshops on advising conducted by the Dean of Academic Advising and Undergraduate Studies or designee. They are expected to adhere to any University, School, or department/program policies dealing with academic advising.

10.5.B **Service.** In addition to committee obligations referred to in 10.2, Lecturers and Teaching Professors are expected to participate in the governance of their School through attendance and voting at faculty meetings as determined by the faculty of the School of Arts and Sciences.

Lecturers and Teaching Professors are also required to attend meetings of their departments or programs, as determined by their chairs or program directors, and to contribute to the operation of their departments/programs. Departments/programs shall make an effort to ensure that this type of work shall not be disproportionately carried out by Lecturers and Teaching Professors. Lecturers and Teaching Professors may not be excluded from department / program meetings unless none of the agenda items affect Lecturers and Teaching Professors.

10.5.C **Other.** Lecturers and Teaching Professors are also expected to:

10.5.C.(1) Hold office hours (at least two (2) per week).

10.5.C.(2) Attend commencement exercises of the School of Arts and Sciences. Lecturers and Teaching Professors are encouraged to attend matriculation exercises of the School.

10.5.C.(3) Annually report on their activities according to a schedule set forth by the Academic Deans.

10.5.C.(4) Respond to accreditation-related requests from the department chairs, program directors or other University personnel in a timely manner.

10.5.C.(5) Be familiar with and adhere to the University's *Working with One Another* policy.

10.5.C.(6) Adhere to the University's Conflict of Interest policy and the School's guidelines on conflicts of commitment and outside professional activities as currently appear in the Faculty Handbook.

10.5.C.(7) Adhere to all other University, School or department policies involving employment and working conditions.

10.6 **Workload Committees**.

All departments and programs with full-time Lecturer and/or Teaching Professor primary appointments must maintain workload policies consistent with the guidelines set forth by the Deans and this article. The workload committee in each department or program will develop or revise a workload policy as described in Article 10.4.

10.6.A **Minimum and Proportional Representation of Lecturers / Teaching Professors:** Each department/program workload committee shall have a minimum of one (1) Lecturer/Teaching Professor, or Lecturers/Teaching Professors shall be proportionately represented on each department or program workload committee, whichever is greater.

10.6.B **Selection of Workload Committee Members:** Each department/program will notify their Lecturers and Teaching Professors in advance of the process for selecting workload committee members and of opportunities for joining the committee. Bargaining unit members can make nominations for committee memberships.

10.6.C **Accessibility of Workload Policies:** The Deans shall make accessible online to all Lecturers and Teaching Professors the most current approved workload policies for all departments/programs required to submit them, as well as a list of the members of each workload committee. These policies will be updated at least once every three (3) academic years for implementation by September 1 of the fourth (4th) year. The committee lists shall be updated annually.

10.6.D **Drafting and Revision of Workload Policies:** All workload committee members will have an opportunity to review, comment on, and assent to the final draft of the workload policy before it is submitted to the SWC. If the majority is unable to assent on the workload policy, then the policy shall revert back to the previous policy. If the SWC disagrees with a department or program's proposed workload policy, they will follow the procedure laid out in Article 10.4.

10.6 E **Review of Workload Policies by SWC:** Department/program workload policies will be reviewed by a joint School Workload Committee (SWC), comprised of administrators and unit members, starting by October 15, 2025 as per Article 10.4. Proposed changes to department/program workload policies must be submitted directly to the SWC. The SWC will review all department/program workload policies that apply to Lecturers and Teaching Professors and that have been approved by the Deans or submitted to the Deans for review at least every three (3) years as described above. The SWC shall also review matters relating to workload policies and their implementation.

If a workload policy is found to be in violation of this Article, the SWC will notify the relevant department / program and suggest changes via the procedure outlined in Article 10.4.

10.6 F **Concerns about Policies:** Members of the bargaining unit will have the ability to bring concerns about existing workload policies in their department/program to the SWC at any time. The Committee will consider these concerns within a reasonable period and report those concerns to the relevant Dean of Academic Affairs responsible for workload. The relevant Dean will review the concerns and, if corrective action is needed, will take such action within twenty-one (21) days and report back to the SWC. This paragraph is not subject to the grievance and arbitration provisions of this Agreement.

**10.7 Language Program Directors, Language Coordinators, and Course Administrators**

This section applies only to Language Program Directors, Language Coordinators, and Course Administrators. For serving in the role of Language Program Director or Language Coordinator, Teaching Professors shall receive a stipend to recognize work completed during the summer.

The **Spanish Language Program Director** with the dual role for Language Coordinator and Course Administrator shall teach two (2) courses per academic year.

The **French Language Program Director** with the dual role of Language Coordinator and Course Administrator shall teach three (3) courses per academic year.

The **Italian, Chinese, Japanese, Arabic, and German** Language Coordinator shall teach four (4) courses per academic year.

The **Hebrew and Russian** Language Coordinators shall teach five (5) courses per academic year.

Below is a table that summarizes the stipends for summer work that each full time coordinator shall receive. This amount does not include compensation for meeting individually with students for oral language placement exams, which is $15/exam.

| | | |
|---|---|---|
| Spanish | **$12,500** | |
| French | **$6,500** | |
| Chinese | **$5,500** | |
| Italian | **$4,000** | |
| Japanese | **$4,000** | |
| Arabic | **$3,500** | |
| German | **$3,500** | |
| Russian | **$3,500** | |
| Hebrew | **$3,500** | |
| Portuguese | **$3,500*** | ***when performed by a bargaining unit employee** |

Language Coordinators / Directors who are also Course Administrators shall receive both the Language Coordinator / Director's stipend and the Course Administrator's Stipend.

Course Administrators will coordinate 4 multi-section courses per year, and between four (4) and twelve (12) different sections per semester.

10.7.A **Language Coordinators**. The duties of Language Coordinators include, but are not limited to:

10.7.A.(1) Creating syllabi for all sections of blocks of each course.

10.7.A.(2) Conducting class observations and writing comprehensive reviews for full-time and part-time faculty.

10.7.A.(3) Coordinating and supporting full-time and part-time faculty.

10.7.A.(4) Coordinating conversation groups (when applicable), which includes interviewing and supervising Language Assistants (LAs), meeting with LAs weekly or biweekly for training purposes and lesson plan discussions, creating and supporting LAs in their lesson plan creation (10-24 lesson plans a semester), preparing rosters and supervising all language learning assistants in a recitation, supervising LAs to submit their grading to instructors, answering questions from LAs and reporting it to LAs.

10.7.A.(5) Selecting teaching materials, preparing homework platforms, maintaining Canvas and updating modules every semester, communicating with publishers, placing orders for teaching materials, liaising with Tisch Streamlining service and the Tisch Library, and coordinating, overseeing, and/or writing common exams / quizzes.

10.7.A.(6) Attending and participating in meetings with Course Coordinators and Administrators.

10.7.A.(7) Addressing student inquiries.

10.7.A.(8) Advising faculty when issues with students arise.

10.7.A.(9) Advertising events for students on Blueprints in Canvas and/or flyers.

10.7.A.(10) Serving on the hiring committees with Coordinators for full-time and part-time faculty.

10.7.A.(11) Administering transfer of credit.

10.7.A.(12) Communicating with the StAAR Center regarding tutors.

10.7.A.(13) Advising and reviewing student Study Abroad Program applications.

10.7.A.(14) Summer Work for Language Coordinators includes, but is not limited to:

Review of curriculum for all language courses (Beginner to Advanced), including routine adjustments to syllabi, projects, and assessments for part-time and full-time faculty, setting up Canvas pages, setting up online homework platforms and assignments. Administration of placement exams and oral interviews for new and transfer students: reporting results, answering follow-up emails from incoming students. Communication with students: Advising and/or assisting exchange students, responding to email inquiries from prospective students, providing information on the program, its courses, language requirement, major, minor, study abroad, and extracurricular activities. Reviewing and approving transfer of credit requests. Training and supporting new colleagues to facilitate their transition to Tufts. Reviewing course evaluations of colleagues and discussing with colleagues individually when necessary. Preparing annual program reports. Planning program meetings and their agenda for the fall. Planning program events for the fall. Conducting searches to hire new instructors when needed. Working with the dean’s office to set up placement exams. Working with IT to set up and test placement exams. Record and report placement exam results.

10.7.B **Course Administrators.** For serving in the role of Course Administrator, Teaching Professors in Spanish and French shall teach four (4) courses per academic year or the equivalent and coordinate two (2) different multi-sections courses, that comprise between four (4) and twelve (12) different sections per semester. A course equivalent (course release) should be provided when the number of sections exceeds one hundred (100) in three (3) years.

The duties of a Course Administrator include, but are not limited to:

10.7.B.(1) Coordinating conversation groups, which includes interviewing and supervising Language Assistants (LAs) (around twelve to twenty-four (12-24) sections a semester), meeting with LAs weekly or biweekly for training purposes and lesson plan discussions, creating and supporting LAs in their lesson plan creation (twenty-four (24) lesson plans a semester), preparing rosters and supervising all students registered in a recitation, supervising Language Assistants to submit their grading to instructors, answering questions, preparing photocopies for LAs, reviewing student's feedback and reporting it to LAs.

10.7.B.(2) Selecting teaching materials, preparing homework platform, maintaining Canvas and updating modules every semester, communicating with publishers, placing orders for teaching materials, liaising with Tisch Streaming service and the Tisch Library, coordinating, overseeing, and/or writing common exams/quizzes, and preparing exam study guides.

10.7.B.(3) Attending and participating in meetings with Course Coordinator and Administrators.

10.7.B.(4) Addressing student inquiries.

10.7.B.(5) Advising faculty when issues with students arise.

10.7.B.(6) Advertising events for students on Blueprints in Canvas and/or flyers.

10.7.B.(7) Serving on the hiring committees with Coordinators for full-time and part-time faculty.

10.7.B.(8) Summer work stipend: Course Administrators shall receive a stipend of five thousand dollars ($5,000) for work conducted over the summer (examples: preparing Canvas websites for all sections and common syllabi for all sections of blocks of each course).

10.8 **Voluntariness.** Nothing in this contract precludes a Lecturer or Teaching Professor from voluntarily taking on more than the required workload if that faculty member freely chooses to do so.

## ARTICLE 11
## APPOINTMENTS

11.1 Beginning in academic year 2025–2026, for all cases below, a year's appointment for the purposes of this Article shall consist of a nine (9) consecutive month period defined for the purposes of this Agreement as starting the Monday before Labor Day and ending the day of Commencement (assuming all grading for the spring semester has been completed).

11.2 **Implementation of New Ranks.** Faculty who are currently employed at the rank of Lecturer will be automatically converted to the rank of Assistant Teaching Professor effective September 1, 2024, unless there was a clear indication at the time of hire that the hire was temporary in nature.

Faculty who are currently at the rank of Senior Lecturer will be automatically converted to the rank of Associate Teaching Professor effective September 1, 2024.

Faculty who are currently at the rank of Distinguished Senior Lecturer will be automatically converted to the rank of Teaching Professor effective September 1, 2024.

11.3 **Lecturer.** The Lecturer title is intended to be used for temporary, non-track full-time teaching faculty positions. Lecturers will normally be initially appointed for one (1) or two (2) years at the University's discretion. If initially appointed for one (1) year, a Lecturer may be appointed for a second year at the University's discretion. In exceptional circumstances, the University may, at its discretion, extend a Lecturer's appointment for up to four (4) years.

11.3.A Unless otherwise extended under exceptional circumstances as described above, a non-track Lecturer appointed to a third year shall be appointed as an Assistant Teaching Professor with renewable terms of up to three (3) years. If a lecturer on an extended initial contract cycle is appointed to an Assistant Teaching Professor role, the faculty member can be appointed with renewable terms of three (3) years.

11.4 **Assistant Teaching Professor:** Faculty hired into faculty lines on the Teaching Professor track shall be hired directly at the Assistant Teaching Professor level or above. The University shall, at the time of hire and at its discretion, hire faculty into appropriate titles and credit any pre-existing relevant experience they may have.

11.5 The first contract length for an Assistant Teaching Professor will be for two (2) years. At the conclusion of two (2) years of consecutive service at the University, if the University in its reasonable discretion decides to reappoint the Assistant Teaching Professor, the University will appoint the Assistant Teaching Professor to a term contract of three (3) years. In limited cases where the faculty member's performance has not been sufficiently satisfactory, or if any of the factors listed in Section 11.11 pertain, the Dean may offer a one (1) or two (2)-year appointment instead of a three (3)-year appointment or non-reappointment. A faculty member who is given such a one (1)-year or two (2)-year appointment will be eligible to be reviewed for a three (3)-year appointment at the end of such one (1) or two (2) -year appointment.

11.6 Any subsequent appointments as an Assistant Teaching Professor will also be for a term contract of three (3) years. In limited cases where the faculty

member's performance has not been sufficiently satisfactory, or if any of the factors listed in Section 11.11 pertain, the Dean may offer a one (1) or two (2)-year appointment instead of a three (3)-year appointment or non-reappointment. A faculty member who is given such a one (1) or two (2) -year appointment will be eligible to be reviewed for a three (3)-year appointment at the end of such two (2)-year appointment.

11.7 **Associate Teaching Professor.** An Assistant Teaching Professor will initially be eligible to be considered and reviewed for promotion to the rank of Associate Teaching Professor at the start of their sixth (6th) year of full-time bargaining unit service at the University, or any year thereafter, inclusive of their time as a Lecturer in this bargaining unit.

11.7.A Details on the criteria for promotion, application process, and benefits that accompany such promotion are specified in the Promotion Article.

11.7.B If the promotion is approved, the Associate Teaching Professor will be eligible to receive an appointment for a five (5)-year contract and will be eligible to be reappointed for additional five (5)-year appointment periods. In limited cases where the faculty member's performance has not been sufficiently satisfactory, or if any of the factors listed in Section 11.11 pertain, the Dean may offer less than a five (5)-year appointment and will provide the Associate Teaching Professor a reason in writing for why they are being given less than a five (5)-year appointment. Student evaluations shall not be the only source of information for defining what is not sufficiently satisfactory. A faculty member who is given less than a five (5)-year appointment will be eligible to be reviewed for a five (5)-year appointment at the end of the reduced appointment period.

11.7.C If the promotion is denied, and if the Assistant Teaching Professor is otherwise reappointed, they will receive a three (3)-year appointment. In limited cases where the faculty member's performance has not been sufficiently satisfactory, or if any of the factors listed in Section 11.11 pertain the Dean may offer a one- or two-year appointment instead of a three (3)-year appointment or non-reappointment. A faculty member who is given such a one- or two-year appointment will be eligible to be reviewed for a three (3)-year appointment at the end of such one or two-year appointment.

11.7.D An applicant who receives an adverse decision regarding promotion nonetheless remains eligible for consideration for additional reappointments as an Assistant Teaching Professor and they may be reconsidered for promotion following an additional period of two (2) consecutive years of employment as a bargaining unit Assistant Teaching Professor.

11.7.E An Assistant Teaching Professor is not obligated to be considered for promotion. If the Assistant Teaching Professor decides not to be considered for promotion, they will be reviewed for a three (3)-year contract in the normal course.

11.7.F At the sole discretion of the department/program and the University, an Assistant Teaching Professor may be put forward for promotion to Associate Teaching Professor at a point before six (6) years of service have been completed.

11.8 **Teaching Professor**. An Associate Teaching Professor will initially be eligible to be considered for promotion to the rank of Teaching Professor at the start of their sixth (6th) year of service as an Associate Teaching Professor at the University, inclusive of time served as a Senior Lecturer in the bargaining unit.

11.8.A Details on the criteria for promotion, application process, and benefits that accompany such promotion are specified in the Promotion Article.

11.8.B If the promotion is approved, the Teaching Professor will be eligible to receive an appointment for no less than, but can be greater than, five (5) years and will be eligible to be reappointed for an additional period of no less than but can be greater than five (5) year appointment periods. In limited cases where the faculty member's performance has not been sufficiently satisfactory, or if any of the factors listed in Section 11.11 pertain, the Dean may offer less than a five (5)-year appointment and will provide the Teaching Professor with a reason in writing for why they are being given less than a five (5)-year appointment. Student evaluations shall not be the only source of information for defining what is not sufficiently satisfactory. A faculty member who is given less than a five (5)-year appointment will be eligible to be reviewed for a five (5)-year appointment at the end of the

reduced appointment period. If a Teaching Professor is given less than a five (5)-year appointment it shall be no less than three (3) years and they should be given a reason in writing for why they are being given less than a five (5)-year contract.

11.8.C If the promotion is denied, and if the Associate Teaching Professor is otherwise reappointed, they will be eligible to receive a five (5)-year appointment. In limited cases where the faculty member's performance has not been sufficiently satisfactory, or if any of the factors listed in Section 11.11 pertain, the Dean may offer less than a three (3)-year appointment instead of a five (5)-year appointment or non-reappointment. A faculty member who is given less than a five (5)-year appointment will be eligible to be reviewed for a five (5)-year appointment at the end of the reduced appointment period.

11.8.D An applicant who receives an adverse decision regarding promotion nonetheless remains eligible for consideration for additional reappointments as an Associate Teaching Professor and they may be reconsidered for promotion following an additional period of two (2) consecutive years of employment as a bargaining unit Associate Teaching Professor.

11.8.E An Associate Teaching Professor is not obligated to be considered for promotion to Teaching Professor. If the Associate Teaching Professor decides not to be considered for promotion, they will be reviewed for a five (5)-year contract in the normal course.

11.8.F At the sole discretion of the department and the University, an Associate Teaching Professor may be put forward for promotion to Teaching Professor at a point before six years of service have been completed.

11.9 The University agrees that any faculty member who is not given a second three (3)-year appointment due to performance-related reasons, or who is denied promotion to Associate Teaching Professor or Teaching Professor may grieve such decision under the Grievance and Arbitration Procedures under the standard of whether the University acted unreasonably.

11.10 The University also agrees that a faculty member who is terminated prior to the expiration of any appointment for misconduct or failure to abide by department, School, or University policies and procedures may grieve the termination under the Grievance and Arbitration Procedure under the standard of just cause.

11.11 Non-reappointments are not grievable if the decision was based upon:

11.11.A Elimination or downsizing of a department or program; a reduction in the number of courses or sections offered; or other general curriculum modifications or needs;

11.11.B The hiring of a full-time tenure-track faculty member that has the effect of reducing the need for a Teaching Professor's services;

11.11.C Serious financial considerations that warrant reduction in teaching staff.

11.12 In the event that 11.11 is used by the University, then the University shall consider the following prior to deciding which Teaching Professor will not be reappointed:

11.12.A The University shall commit to making a good faith effort in consultation with the Union to appropriately reassign affected Teaching Professors (at any rank). In such cases, consideration will first be given to possibilities for contract revision or Teaching Professor reassignment. To discuss such options, the Dean or designee will meet with each affected Lecturer or Teaching Professor and with a Union representative and review all other options within the University. The consideration of reassignment shall take place before any non-reappointment can be effectuated.

11.12.B The credentials and qualifications (including sub-specialties and areas of particular expertise) of current Faculty Members compared to other University faculty and other available faculty from outside the University;

11.12.C The teaching experience of current Faculty Members compared to other University faculty and professional staff and other available faculty from outside the University;

11.12.D The evaluations and work performance of the Faculty Members;

11.12.E The availability and preferences expressed by the Faculty Members to the Department Chair / Program Director / Coordinator;

11.12.F The needs of the Department, Program, School and University; and

11.12.G Seniority.

In cases of non-reappointment, and where no reassignment can occur, the University shall provide affected Teaching Professors (at any rank) who have been at the University more than five (5) years, or hold contracts of five (5) years or longer, at least one (1) additional academic year of continued employment or payment in lieu thereof. The choice between payment or employment shall be at the discretion of the University. For all other faculty, the union may request effects bargaining under this section.

11.13 Any time spent on a University–approved leave of a semester or more shall mean that the academic year in which the leave was taken shall not count toward the time periods referred to above. Professional Development Leave does not affect years of service since it's an academic leave.

11.14 Any teaching professor (at any rank) who wishes to permanently retire as a teaching professor from the University, upon signing a retirement agreement, may phase into retirement by working half-time for their last year or two (2) years of employment. The teaching professor may work full-time for one (1) semester of each one of those years or half-time over the course of the full academic year. In such circumstances, and upon timely notice of such intent by December 1 of the previous academic year, the teaching professor will receive half salary for the final years of employment but will retain full benefits. However, pension contributions by the University will be based on actual salary.

# ARTICLE 12
# EVALUATION

12.1 The School shall conduct an evaluation of each full-time lecturer or Teaching Professor prior to any decision on reappointment or non-reappointment.

12.2 The evaluation of a full-time bargaining unit Assistant Teaching Professor, Associate Teaching Professor or Teaching Professor shall be conducted as follows:

12.2.A The tenured faculty members and Associate Teaching Professors or Teaching Professors of the department or program, and any Associate Teaching Professor or Teaching Professor or tenured faculty who have direct supervisory oversight of the program or have relevant subject matter knowledge, shall meet formally to review the faculty member's activities and to vote on whether or not to recommend reappointment. A department may choose to designate a committee of such faculty to conduct the review of any or all Assistant Teaching Professor, Associate Teaching Professor or Teaching Professor in the department who are up for review. If there are no faculty members within the department who have knowledge of the subject matter, then the University shall make every reasonable effort to include a Tufts University faculty member with such knowledge from another department or program on the review committee.

12.2.B The faculty may consider materials and factors that bear on the Assistant Teaching Professor's, Associate Teaching Professor's or Teaching Professor's performance, including but not limited to the following:

12.2.B.(1) Their curriculum vitae;

12.2.B.(2) A list of courses taught by them and enrollments for those courses;

12.2.B.(3) Student evaluations, including both numerical scores and written comments on those student evaluations;

12.2.B.(4) The Assistant Teaching Professor's, Associate Teaching Professor's or Teaching Professor's self-evaluation, if provided;

12.2.B.(5) Classroom observations;

12.2.B.(6) Any relevant information on teaching or advising performance;

12.2.B.(7) The record of their performance in carrying out service, including leadership, obligations to the department and School;

12.2.B.(8) Student feedback, both written and oral, about the faculty member's performance;

12.2.B.(9) Syllabi and applicable course materials; and

12.2.B.(10) Assessment methods.

12.2.C Classroom observations, if any, shall be conducted by the department chair, program director / coordinator, other Teaching Professors, or tenured faculty members during the evaluation process in the following manner:

12.2.C.(1) The Assistant Teaching Professor, Associate Teaching Professor or Teaching Professor may request a classroom observation as part of the evaluation and such requests shall not be unreasonably denied.

12.2.C.(2) The date and time of the classroom observation shall be decided in advance by mutual agreement between the Chair, Director, or Coordinator and the faculty member.

12.2.C.(3) The Chair, Director, Coordinator, or designee, shall write a summary of any classroom visit and shall provide it to the Assistant Teaching Professor, Associate Teaching Professor or Teaching

Professor. The Chair, Director, Coordinator, or designee who wrote the summary shall then meet with the faculty member to discuss the observation.

12.2.C.(4) The faculty member is free to add their own comments about the observation summary. Such summary by the Chair, Director, Coordinator, or designee, as well as any comments by the faculty member, shall become part of the faculty member's personnel file.

12.2.C.(5) The faculty member may request an additional classroom observation by a different member of the faculty and such request shall not be unreasonably denied.

12.2.D The department chair or program director will send the Academic Dean a report, signed by all of the faculty members who voted, conveying the recommendation and detailing the discussion.

12.2.D.(1) The report should contain a brief overview of the Assistant Teaching Professor, Associate Teaching Professor, or Teaching Professor's performance in teaching, advising, and service and should be accompanied by the current curriculum vitae for the faculty member.

12.2.D.(2) The report shall be submitted to the Academic Dean no later than February 1 for a faculty member in their first year of service and by November 15 for a faculty member in their second year of service and by April 15 for a faculty member in their third year or more of service.

12.2.D.(3) The Assistant Teaching Professor, Associate Teaching Professor or Teaching Professor shall receive a copy of the report and they may respond to the report in writing within one (1) week of receipt. Any such response shall be part of the materials

reviewed by the Academic Dean in making their final decision.

12.2.E In cases where the department is recommending reappointment, the department shall also in the same report make a recommendation for the length of the contract, in accordance with the possible contract lengths delineated in this Agreement.

12.2.F. The Academic Dean shall make the final decision as to whether to reappoint the Assistant Teaching Professor, Associate Teaching Professor or Teaching Professor and, if so, what the length of the contract should be. In making this decision, the Academic Dean will review the information and recommendations provided by the department, plus the disciplinary record, if any, of the Assistant Teaching Professor, Associate Teaching Professor or Teaching Professor, and any response to the report submitted by the lecturer. The Academic Dean will also take into account the factors listed in Section 8 of the Appointments Article. Prior to any such decision, the Academic Dean may, but is not obligated to, consult with the department chair or program director.

12.2.G It is further provided, however, that in cases where the Academic Dean decides not to reappoint, then the Dean of the School must review the file and the recommendations. In such cases, the Dean of the School shall make the final decision on whether or not to affirm the Academic Dean's decision not to reappoint.

12.2.H In the case of reappointment, the Academic Dean will notify the Assistant Teaching Professor, Associate Teaching Professor or Teaching Professor of their decision in accordance with the notice dates provided in this Article. In the case of non-reappointment, the Dean of the School shall notify the Assistant Teaching Professor, Associate Teaching Professor or Teaching Professor of their decision in accordance with the notice dates provided in this Article.

12.3 In the event of a non-reappointment, a Assistant Teaching Professor, Associate Teaching Professor or Teaching Professor must be given written notice in accordance with the following:

12.3.A Not later than March 1 of the first academic year of service as a full-time bargaining unit Assistant Teaching Professor, Associate Teaching Professor, or Teaching Professor if the appointment terminates at the end of that academic year; or, if an initial one (1)-year appointment terminates during the academic year, not later than three months prior to the date of its termination.

12.3.B Not later than December 15 of the second academic year of service as a full-time bargaining unit Assistant Teaching Professor, Associate Teaching Professor, or Teaching Professor if the appointment terminates at the end of that second academic year; or, if an initial two-year appointment terminates during an academic year, not later than six (6) months prior to the date of termination.

12.3.C No later than twelve (12) months prior to the date of termination of an appointment if it terminates subsequent to the completion of more than two (2) years of service as a full-time bargaining unit Assistant Teaching Professor, Associate Teaching Professor or Teaching Professor.

12.3.D If the Assistant Teaching Professor, Associate Teaching Professor or Teaching Professor is not reappointed by the Dean of the School, the notification from the Dean of the School shall include the reasons for not re-appointing the Assistant Teaching Professor, Associate Teaching Professor or Teaching Professor, including any reason for differing from the judgment of the departmental faculty committee, department chair, or Academic Dean.

## ARTICLE 13
## DISCIPLINE AND DISCHARGE

13.1 Discipline may include written warnings, unpaid suspensions, or discharge. A faculty member will not be disciplined, suspended, or discharged without just cause.

13.2 Discharge for purposes of this Agreement shall mean the termination of a faculty member’s appointment prior to the expiration of that appointment.

Discharge does not include the non-reappointment of a faculty member nor does it mean the failure to offer an appointment to a faculty member.

13.3 It is understood that the University, in addition to issuing disciplinary action, may also include with such discipline reasonable remedial measures, when appropriate, with which the faculty member must comply, provided the remedial measures are rehabilitative rather than punitive.

13.4 Discipline for purposes of this Article shall not include performance reviews.

13.5 At the discretion of the Dean of the School, a faculty member may be placed on paid administrative leave to permit the University to investigate potential or alleged misconduct that may result in discipline. Being placed on paid administrative leave is not itself a disciplinary action.

13.6 A faculty member may request that a Union representative be present at any investigatory meeting that the faculty member reasonably believes may lead to discipline and/or at a meeting where discipline is to be administered. Such requests shall not unreasonably be denied.

## ARTICLE 14
## PROMOTION

14.1 **General Promotion Background.** Assistant Teaching Professors are eligible to apply for or be recommended by the Department Chair or Program Director for promotion to Associate Teaching Professor beginning in their sixth year of bargaining unit service for an effective date of September 1 of the subsequent academic year. Associate Teaching Professor are eligible to apply or be recommended by the Department Chair or Program Director for promotion to Teaching Professor beginning in their sixth (6th) year of bargaining unit service as a Associate Teaching Professor for an effective date of September 1 of the subsequent academic year. The University reserves the right to hire a new faculty member with any rank above Assistant Teaching Professor.

Faculty members who were previously part-time lecturers at Tufts shall be credited with one (1) year of service for every two (2) years of employment as a part-time lecturer at Tufts up to a maximum of five (5) years of credit.

The university will consider at the time of hire crediting new teaching professors and lecturers with pre-existing relevant experience potentially helpful in promotional steps. The University may or may not, in its sole discretion, give credit to a new faculty member upon hire for prior school or university service. Current faculty members with relevant teaching experience can request, with appropriate documentation, the Dean consider prior yet uncredited teaching experience to count for promotion before September 1, 2025.

14.2 **Mentorship Prior to Evaluation.** Prior to being evaluated for promotion, all Assistant Teaching Professors and Associate Teaching Professors may request formal mentoring that is regular or sporadic from their colleagues and/or from pedagogical experts, such as trained individuals at Center for the Enhancement of Learning and Teaching (CELT). The purpose of this mentoring would be to improve one's pedagogy and is a learning opportunity for the Assistant Teaching Professor or Associate Teaching Professor who decides to take part. It is in no way required, and faculty who do not seek out mentoring are not penalized for this when being evaluated for promotion. However, all faculty who request mentoring will have the opportunity to be matched with a mentor to identify strengths and weaknesses and to seek opportunities for improvement over time.

14.3 The criteria for promotion to Associate Teaching Professor or Teaching Professor will be as follows:

14.3.A **Teaching**: Full-time Assistant Teaching Professors who apply for promotion to Associate Teaching Professor or full-time Associate Teaching Professors who apply for promotion to Teaching Professor should have demonstrated excellence in teaching. Teaching captures classroom teaching, fieldwork, internships, independent studies and theses and academic advising (including pre-major advising, major advising, supervising undergraduate independent studies and theses/capstones, supervising masters theses/capstones, supervising doctoral theses).

Examples of evidence of excellence in teaching may include but not limited to include reports on classroom observations over the last five (5) years, syllabi over the last five (5) years, course evaluations over the last five (5) years, student thesis materials

(graduate and undergraduate), teaching awards, and other materials normally considered in the evaluation of teaching performance, or that the faculty member wishes to provide. The common timeframe over which the materials are collected is the prior five (5) years, but faculty can include materials from a longer period if they wish.

14.3.B **Advising**: Assistant Teaching Professors who apply for promotion to Associate Teaching Professor or Associate Teaching Professors who apply for promotion to Teaching Professor should have demonstrated excellence in advising and/or supervising students on master's theses, special projects, or internships.

Department(s) / program(s) with a dedicated Advising Director and departments/programs that do not have major advisees should not use the lack of advisees against a faculty member when they are evaluated for promotion.

14.3.C **Service**: Assistant Teaching Professors who apply for promotion to Associate Teaching Professor or Associate Teaching Professors who apply for promotion to Teaching Professor should have demonstrated excellence in their service to their department/program, and to either their School or the University.

Examples of excellence in service to the department/program, or school and/or university may include but are not limited to: chairing a department or school committee or directing or coordinating a program, or membership and active participation in school or University committees, or active participation in program or department affairs, or within the faculty member's discipline, or through active civic engagement.

14.4 The procedures for the evaluation of an Assistant Teaching Professor for promotion to Associate Teaching Professor or an Associate Teaching Professor for promotion to Teaching Professor will be as follows:

14.4.A The Assistant Teaching Professor or Associate Teaching Professor shall notify their department chair in writing no later than September 15 of the academic year that they wish to be

considered for promotion and in which the review is to take place. In the alternative, the Assistant Teaching Professor's or Associate Teaching Professor's Department Chair, with the agreement of the unit faculty member, shall recommend the unit faculty member for promotion.

14.4.B **Application materials.** The Assistant Teaching Professor or Associate Teaching Professor must submit the following application materials by December 15 of the academic year in which the review is to take place. Application materials must be submitted electronically to the department chair or program director.

14.4.B.(1) An application letter in which the faculty member carries out a self-evaluation and argument in support of their candidacy for promotion

14.4.B.(2) CV – including information related to teaching**,** advising and service, as detailed in the criteria above

14.4.B.(3) Teaching statement/philosophy

14.4.B.(4) Syllabi for courses taught in the past five (5) years

14.4.B.(5) Any other supplementary materials that can provide evidence of excellence in teaching, advising, and service.

14.4.B.(6) Letters of support will be solicited by the department chair or program director from a list of former and current students and advisees provided by the candidate.

14.4.C The department chair or program director will also prepare a dossier that includes the following:

14.4.C.(1) A list of courses taught and enrollments versus enrollment caps in these courses in the past five (5) years.

14.4.C.(2) A numerical summary of student course evaluations in the past five (5) years.

14.4.C.(3) A summary of written comments on student course evaluations in the past five (5) years.

14.4.C.(4) Student feedback, both written and oral, about the faculty member's performance in the past five (5) years.

14.4.C.(5) Syllabi and applicable course materials for the past five (5) years if not already provided by the applicant.

14.4.C.(6) Assessment methods.

14.4.C.(7) Reports on classroom observations, if any, conducted by the department or program in the past five (5) years.

14.4.C.(8) Any available information on advising performance.

14.4.C.(9) The record of the faculty member's performance in carrying out service obligations to the department/program and to either their School or the University.

14.4.C.(10) Other professional activities that support the faculty member's teaching and service.

14.4.C.(11) Confidential letters of support from colleagues at Tufts. Letters of support will be solicited by the department chair or program director by writing to all department- or program-affiliated faculty, as well as to faculty identified by the candidate as being relevant experts. Letter writers will be asked to assess the candidate's eligibility for promotion to Associate Teaching Professor or Teaching Professor, to speak to the faculty member's teaching and service and to make a

recommendation. For faculty whose courses are cross-listed in other departments or programs, or who hold secondary appointments in other departments or programs, confidential letters from those secondary units will also be solicited from a list provided by the candidate.

14.4.C.(12) Confidential letters of support from Tufts students and alumni. Letters of support will be solicited by the department chair or program director from a list of former and current students and advisees provided by the candidate.

14.4.D The chair or program director will create an *ad hoc* committee composed of at least two (2) tenured faculty members, and at least two (2) Associate Teaching Professors and/or Teaching Professors. One of the members shall be from outside the department or program, but from within the School. However, the *ad hoc* committee can be changed by mutual agreement between the University and the union. In departments/programs with one (1) or no tenured faculty or Associate Teaching Professors or Teaching Professors, tenured faculty or Associate Teaching Professors or Teaching Professors for promotion committees for aspiring Associate Teaching Professors or Teaching Professors will be solicited from departments / programs in which the candidates have affiliations or where their courses are cross-listed or where faculty have relevant expertise. Under this provision, any of the committee members could be from another department / program if necessary. If the candidate holds a secondary appointment in another unit, the additional member of the committee may be selected from this secondary unit. The department chair or program director will provide the dossier to the committee members before they meet. The committee will meet to review the application materials. The committee will make a recommendation to the department or program no later than **March 15** of the academic year in which the review takes place.

14.4.E All tenured faculty, Associate Teaching Professors, and Teaching Professors within the department or program will have access to the materials listed above before they meet. These faculty will

vote on the recommendation. After the vote, a confidential written recommendation will be forwarded by the *ad hoc* committee to the department chair or program director no later than **March 31**.

14.4.F The department chair or program director will also review the materials and make a recommendation. The chair or director will send their confidential written recommendation as well as the confidential written recommendation of the *ad hoc* committee, to the Dean of Academic Affairs for the home department/program no later than **April 15.** In this recommendation, the chair or director will assess the candidate's eligibility for promotion to Associate Teaching Professor or Teaching Professor; speak to the faculty member's teaching, advising, and service; and make a recommendation.

14.4.G The Academic Dean will also review the materials and make a recommendation. The Academic Dean will send their recommendation and will also forward the recommendations of the *ad hoc* committee and the department chair or program director to the Dean of the School.

14.4.H The Dean of the School will make a final decision on whether or not to grant promotion, and will so notify the candidate and the department chair or program director of their decision. The candidate will be notified no later than **May 15**. The candidate will be told the length of their contract in the notification letter and if approved, the promotion will be effective **September 1** of the academic year immediately following the promotion review. If the candidate is not promoted by the Dean of the School, the notification from the Dean of the School shall include the specific reasons for not promoting the candidate, including any reason for differing from the judgment of the departmental *ad hoc* faculty committee, department chair/program director, or Academic Dean.

14.5 Benefits of Associate Teaching Professor or Teaching Professor Status. An Associate Teaching Professor or Teaching Professor will also be entitled to the following benefits:

**PROMOTION INCREASES**

14.5.A An Associate Teaching Professor will receive a one (1)-time addition of six thousand dollars ($6,000) to their base pay effective on September 1 of the subsequent fiscal year (e.g., decision to promote in May or June, then the pay increase is September 1). The first such six thousand dollars ($6,000) increase shall apply to those who are promoted effective with the 2025–26 academic year. This amount will be applied following whatever the Associate Teaching Professor receives for a salary increase through any other salary increase mechanism.

A Teaching Professor-will receive a one (1)-time addition of eight thousand dollars ($8,000) to their base pay effective on September 1 of the subsequent fiscal year (e.g., decision to promote in May, then the pay increase is September 1). The first such eight thousand dollars ($8,000) increase shall apply to those who are promoted effective with the 2025–26 academic year. This amount will be applied following whatever the Teaching Professor receives for a salary increase through any other salary mechanism. These stipend provisions do not apply to faculty who were promoted to Associate Teaching Professor or Full Teaching Professor prior to the ratification of this Agreement.

14.5.B An Associate Teaching Professor or Teaching Professor will be given specific professional development funds in the amount of seven hundred fifty dollars ($750) per year into a designated account that can be used, upon proper approval, for their professional development opportunities related to their teaching, artistic, or professional practice. Such funds cannot roll over from one fiscal year to the next. The Associate Teaching Professor or Teaching Professor may also apply for additional funds from the Professional Development Pool established in Article 17.

14.5.C An Associate Teaching Professor or Teaching Professor is eligible to compete for one of the five (5) professional development leaves that will be offered to Associate Teaching Professors and Teaching Professors in each year of this Agreement.

14.5.D **Professional development leaves: Procedures, rights and obligations**.

14.5.D.(1) There will be five (5) such leaves for each year of this Agreement. Assuming qualified applicants, the leaves can be taken in either semester of the academic year.

14.5.D.(2) The Dean of the School will call for applications each Fall for leaves to be taken in the following academic year. Applications shall be submitted by the applicant to the department chair / program director and shared with the Faculty Affairs Office following instructions sent every year. The Academic Deans will make decisions on such applications.

14.5.D.(3) Leaves shall be for one semester and an Associate Teaching Professor or Teaching Professor apply for either the fall or spring semester.

14.5.D.(4) The leaves are designed to improve pedagogy broadly defined to include activities that improve content, delivery, and currency of courses taught.

14.5.D (5) During the leave, no teaching shall be required. The Associate Teaching Professor or Teaching Professor, at their discretion, may keep on-going advisees or secure replacements. No new advisees will be assigned for the leave semester. No committee or service work will be required unless the Associate Teaching Professor or Teaching Professor chooses to continue with such committee work voluntarily.

14.5.D.(6) The Associate Teaching Professor or Teaching Professor on such leave shall not take on any full-time employment elsewhere during the leave.

14.5.D.(7) The Associate Teaching Professor or Teaching Professor who is awarded such a leave has the responsibility to return to the University and submit

a complete report of their activity during the leave by September 1 of the subsequent academic year.

14.5.D.(8) Associate Teaching Professors or Teaching Professors who are awarded a semester leave can apply for another leave starting in their sixth (6th) year of service after their last leave (e.g., leave in 2024-2025, they can apply for a leave in 2030-31 for a leave in 2031-2032).

14.6 Any Associate Teaching Professor or Teaching Professor who has taught at Tufts on a full-time basis for at least fifteen (15) years will be eligible for emeritus status.

## ARTICLE 15
## SALARY

15.1 Salary minima

15.1.A Beginning September 1, 2024, the following salary minima will be in effect for bargaining unit members based on their rank as of September 1, 2024:

Lecturer: $76,000
Assistant Teaching Professor: $76,000
Associate Teaching Professor: $84,000
Full Teaching Professor: $92,000

These minima will increase by two and a half percent (2.5%) in each subsequent year of the contract, beginning September 1, 2025.

15.2 Salary increases for FY 25.

15.2.A All bargaining unit members who were employed by the School on March 1, 2024 shall receive increases in accordance with the University's Annual Merit Review Program for FY 25, provided they remain employed on September 1 2024. Salary increases will be variable depending on the faculty member's performance over the previous year but no lower than three and a half percent

(3.5%) and decisions regarding such distributions are not grievable.

15.2.B Following the distribution of FY 25 increases from the merit pool, bargaining unit members at the rank of Lecturer or Assistant Teaching Professor as of September 1, 2024 will receive a one-time increase to their base salary of one thousand two hundred fifty dollars ($1,250). Bargaining unit members at the rank of Associate Teaching Professor as of September 1, 2024 will receive a one (1)-time increase to their base salary of one thousand five hundred dollars ($1,500). Bargaining unit members at the rank of Full Teaching Professor as of September 1, 2024 will receive a one (1)-time increase to their base salary of two thousand five hundred dollars ($2,500).

15.2.C Following the distribution of FY 25 across-the-board increases, bargaining unit members who make below the salary minimum for their rank as described in 15.1.A will be raised to the new minimum.

15.2.D Within thirty (30) calendar days of execution of this agreement, the School will establish a one (1)-time fund of one hundred twenty-five thousand dollars ($125,000). The fund will be distributed evenly to all bargaining unit members as a one (1)-time payment that will not increase the base salary of any member.

15.3 Salary increases for FY 26.

15.3.A All bargaining unit members who were employed by the School on March 1, 2025 and who are still employed by the School on September 1, 2025 shall receive increases in accordance with the University's Annual Merit Review Program for FY 26. Salary increases will be variable depending on the faculty member's performance over the previous year but no lower than three percent (3%) and decisions regarding such distributions are not grievable.

15.3.B In addition, the School will continue to fund the Excellence and Equity Pool (E&E). The amount of the Excellence and Equity Pool

(E&E) will be a dollar figure equal to one percent (1%) of the total bargaining unit salary pool once all salary increases outlined in 15.1 and 15.2 are implemented from which the Dean of the School may make further adjustments in the salaries of any unit members. Salary adjustments from this pool shall be based on distinctive meritorious performance or achievement as well as other equitable considerations. A joint committee of three Teaching Professors and three academic deans shall recommend to the Dean of the School individual increases from this pool. The decision as to who shall receive such increases, or the amount of such increases shall not be grievable.

Nothing in this Article requires that all faculty receive the same amount of money from this Pool.

In no fiscal year of this Agreement shall the E&E pool be less than it was in the previous fiscal year. In the case of the FY 26 E&E pool, the pool shall not be smaller than it was in FY 24.

The Equity and Excellence (E&E) Pool shall not be used for faculty retention or any other purpose other than that which is noted above.

Information about the Excellence and Equity decisions reached will be broken out in the salary letter received by each faculty member. For *example*, a faculty member would be notified that they have received "A one thousand five hundred dollars ($1,500) increase on their salary based on the Excellence and Equity Pool, which is separate from and in addition to their annual merit raise."

15.4 Salary increases for FY 27.

15.4.A All bargaining unit members who were employed by the School on March 1, 2026 and who are still employed by the School on September 1, 2026 shall receive increases in accordance with the University’s Annual Merit Review Program for FY 27. Salary increases will be variable depending on the faculty member’s performance over the previous year but no lower than three percent (3%) and decisions regarding such distributions are not grievable.

15.4.B In addition, the School will continue to fund the Excellence and Equity Pool (E&E). The amount of the Excellence and Equity Pool (E&E) will increase from the FY26 amount to a dollar figure equal to one percent (1%) of the total bargaining unit salary pool as of March 1, 2026 from which the Dean of the School may make further adjustments in the salaries of any unit members. Salary adjustments from this pool shall be based on distinctive meritorious performance or achievement as well as other equitable considerations. A joint committee of three Teaching Professors and three (3) academic deans shall recommend to the Dean of the School individual increases from this pool. The decision as to who shall receive such increases, or the amount of such increases shall not be grievable.

Nothing in this Article requires that all faculty receive the same amount of money from this Pool.

In no fiscal year of this Agreement shall the E&E pool be less than it was in the previous fiscal year.

The Equity and Excellence (E&E) Pool shall not be used for faculty retention or any other purpose other than that which is noted above.

Information about the Excellence and Equity decisions reached will be broken out in the salary letter received by each faculty member. For *example*, a faculty member would be notified that they have received "A one thousand five hundred dollars ($1,500) increase on their salary based on the Excellence and Equity Pool, which is separate from and in addition to their annual merit raise."

15.5 Salary increases for FY 28.

15.5.A All bargaining unit members who were employed by the School on March 1, 2027 and who are still employed by the School on September 1, 2027 shall receive increases in accordance with the University's Annual Merit Review Program for FY 28. Salary increases will be variable depending on the faculty member's performance over the previous year but no lower than three

percent (3%) and decisions regarding such distributions are not grievable.

15.4.B In addition, the School will continue to fund the Excellence and Equity Pool (E&E). The amount of the Excellence and Equity Pool (E&E) will increase from the FY27 amount to a dollar figure equal to one percent (1%) of the total bargaining unit salary pool as of March 1, 2027 from which the Dean of the School may make further adjustments in the salaries of any unit members. Salary adjustments from this pool shall be based on distinctive meritorious performance or achievement as well as other equitable considerations. A joint committee of three (3) Teaching Professors and three (3) academic deans shall recommend to the Dean of the School individual increases from this pool. The decision as to who shall receive such increases, or the amount of such increases shall not be grievable.

Nothing in this Article requires that all faculty receive the same amount of money from this Pool.

In no fiscal year of this Agreement shall the E&E pool be less than it was in the previous fiscal year.

The Equity and Excellence (E&E) Pool shall not be used for faculty retention or any other purpose other than that which is noted above.

Information about the Excellence and Equity decisions reached will be broken out in the salary letter received by each faculty member. For *example*, a faculty member would be notified that they have received "A one thousand five hundred dollars ($1,500) increase on their salary based on the Excellence and Equity Pool, which is separate from and in addition to their annual merit raise."

15.5 Salary increases for FY 29.

15.5.A All bargaining unit members who were employed by the School on March 1, 2028 and who are still employed by the School on September 1, 2028 shall receive increases in accordance with the University's Annual Merit Review Program for FY 29. Salary

increases will be variable depending on the faculty member's performance over the previous year but no lower than three percent (3%) and decisions regarding such distributions are not grievable.

15.5.B In addition, the School will continue to fund the Excellence and Equity Pool (E&E). The amount of the Excellence and Equity Pool (E&E) will increase from the FY28 amount to a dollar figure equal to one percent (**1%**) of the total bargaining unit salary pool as of March 1, 2028 from which the Dean of the School may make further adjustments in the salaries of any unit members. Salary adjustments from this pool shall be based on distinctive meritorious performance or achievement as well as other equitable considerations. A joint committee of three Teaching Professors and three academic deans shall recommend to the Dean of the School individual increases from this pool. The decision as to who shall receive such increases, or the amount of such increases shall not be grievable.

Nothing in this Article requires that all faculty receive the same amount of money from this Pool.

In no fiscal year of this Agreement shall the E&E pool be less than it was in the previous fiscal year.

The Equity and Excellence (E&E) Pool shall not be used for faculty retention or any other purpose other than that which is noted above.

Information about the Excellence and Equity decisions reached will be broken out in the salary letter received by each faculty member. For *example*, a faculty member would be notified that they have received "A one thousand five hundred dollars ($1,500) increase on their salary based on the Excellence and Equity Pool, which is separate from and in addition to their annual merit raise."

15.6 Starting in FY 25, in limited cases, the Dean may decide to provide a Teaching Professor with an increase less than the merit increases described above. This shall not be the norm and will be limited to cases where there have been disciplinary actions and/or documented

performance issues during the prior year that warrants such a reduction. In such cases, the Dean will first notify the Teaching Professor and the Union and provide a letter that both articulates the reasoning behind the decision and shall also identify steps the Teaching professor could take to improve their performance and avoid a repeat occurrence in the future. The Teaching Professor, with or without their Union representative, can meet with the Dean to discuss the decision. However, the decision shall not be grievable.

As per school policies, any full-time faculty member who does not report their activities by the late April deadline in any given academic year through Activity Insight shall not receive a merit raise. However, once they turn in their Activity Insight and if turned in before merit decisions are made for any given fiscal year, they shall receive the merit raise.

15.7 Promotions

15.7.A Any Assistant Teaching Professor who is promoted to the rank of Associate Teaching Professor will receive a six thousand dollars ($6,000) increase to their base pay effective on September 1 of the subsequent fiscal year (e.g., decision to promote in May, then the pay increase is September 1). The first such six thousand dollars ($6,000) increase shall apply to those who are promoted effective with the 2025–26 academic year. This amount will be applied following whatever the Associate Teaching Professor receives for a salary increase through any other salary increase mechanism.

15.7.B Any Associate Teaching Professor who is subsequently promoted to the rank of Full Teaching Professor will receive a eight thousand dollars ($8,000) increase to their base pay effective on September 1 of the subsequent fiscal year (e.g. decision to promote in May, then the pay increase is September 1). The first such eight thousand dollars ($8,000) increase shall apply to those who are promoted effective with the 2025–26 academic year. This amount will be applied following whatever the Full Teaching Professor receives for a salary increase through any other salary increase mechanism.

## ARTICLE 16
## BENEFITS

16.1 During the life of this Agreement, the University will continue to provide coverage in the following programs for bargaining unit members under the same conditions, rights, responsibilities, contribution rates, and cost-sharing obligations as provided to tenure- track/tenured faculty which include, but are not limited to:

16.1.A Health insurance

16.1.B Basic Life Insurance

16.1.C Long Term Disability

16.1.D 401(a) Basic Retirement Plan

16.1.E 403(b) Voluntary Retirement Plan

16.1.F Tuition Remission Plan

16.1.G Flexible Spending Accounts for Health Care and Dependent Care

16.2 The benefits under all programs shall be subject to such conditions and limitations as may be set forth in the policies of the plan or contracts of insurance.

16.3 The current relevant policy sections related to paid and unpaid leave of absence(s) for full-time, non-tenured faculty members are attached as Appendix A and are incorporated herein by reference.

16.4 The University has sole discretion to select the insurance carriers or administrators for its health insurance and other insurance plans and may change carriers or administrators or elect to self-insure or self-administer such plans at any time, provided that the University must notify the Union in writing at least thirty (30) days prior to the effecting such change. Nothing in this Agreement shall preclude the University in its sole discretion from adding health insurance plans options. Nothing in this Agreement shall preclude the University in its sole discretion from deleting health insurance

plans options, provided that the University must notify the Union in writing at least thirty (30) days prior to effecting such change.

## ARTICLE 17
## PROFESSIONAL DEVELOPMENT

17.1 The University shall create a Professional Development Fund through which a faculty member may apply for reimbursement for professional development opportunities or resources related to their scholarship, artistic or professional practice which will contribute to the improvement of teaching.

17.2 The University shall contribute **fifteen thousand dollars ($15,000)** each semester to such a fund beginning on July 1, 2024.

17.3 Funds not used in the Fall semester may be rolled over to the next Spring semester. However, these funds will not roll over from one (1) fiscal year to the next.

17.4 In order to receive funding, the eligible faculty member shall submit a request stating the expenses for which they are requesting reimbursement and indicate how the opportunity or resource will enhance their pedagogy.

17.5 Request for funds shall be submitted to a joint Union-University committee composed of two (2) faculty members designated by the Union and two (2) Deans of Academic Affairs in Arts and Sciences. The Union-University committee shall review application on a first-come first- served basis and will make final decisions on all applications.

17.6 Each Faculty Member may be approved to receive up to one thousand three hundred dollars ($1,300) in a two (2)-fiscal-year period. At the end of the first year of a given two (2)-fiscal-year period, any amount below this two (2)-year cap that remains unused by a Faculty Member will roll over into the next fiscal year.

17.7 Denial of a request for professional development funds shall not be grievable.

17.8 Associate and Full Teaching Professors are entitled to additional professional development money consistent with the provisions of the Promotion Article.

## ARTICLE 18
## TEACHING PROFESSOR–UNIVERSITY COMMITTEE

18.1 There will be a Teaching Professor–University Committee (TPUC) with up to four (4) members on each side that will meet twice each semester to discuss matters of general interest to full-time lecturers and teaching professors or the University. Additional meetings may be scheduled by mutual agreement. These meetings shall not be used for negotiations or to discuss pending grievances or individual faculty members. The meetings will be scheduled within three weeks of either party sending written notice to the other of its intent to meet. Designated representatives of the Union and the University will suggest agenda items two (2) weeks prior to each meeting. The parties will designate their own representatives to the committee.

## ARTICLE 19
## GOVERNANCE

19.1 The rights and privileges of members of the bargaining unit in the area of faculty governance are determined by the Faculty of the School of Arts and Sciences and by the Faculty of the School of Arts, Sciences and Engineering, subject to the final approval of the Board of Trustees. Such matters include membership, voting rights, and other participation in the governance of the School. This Agreement does not create, confirm, or abrogate any rights or privileges under the various governance documents of the School and University as they may be amended from time to time.

As a general matter, the University supports the involvement of bargaining unit members in the appropriate governance areas of the School and University and applauds the efforts and involvement of bargaining unit members in these areas. However, it also recognizes that the scope of that involvement is appropriately left to the Faculty of the School of Arts and Sciences and to the Faculty of the School of Arts, Sciences and Engineering, subject to the final approval of the Board of Trustees and does

not constitute a mandatory subject of negotiations between the Union and the University.

19.2 Academic departments also determine their own governance structure, including voting privileges. This Agreement does not create, confirm, or abrogate any rights or privileges under the various governance policies or practices of the various academic departments, as they may be amended from time to time. The parties recognize that such matters are also beyond the scope of mandatory subjects of bargaining between the Union and the University.

## ARTICLE 20
## PAYDAY

20.1 A faculty member shall be paid on a timely basis, in accordance with the University's normal business operations, for the teaching and other compensable duties they performed, provided the Faculty member has submitted to the University, in a timely fashion, all documentation or information necessary for the processing of said payment.

20.2 Faculty members shall be able to review and print an itemized electronic pay stub after each pay day. The precise payday shall be the same day set for others in the University who are similarly situated. Payroll information may be retrieved in Employee Self- Service two days before the pay date.

20.3 The University pays employees through Direct Deposit. Faculty members are required to provide their bank information in order for pay to be electronically deposited.

## ARTICLE 21
## NO STRIKE – NO LOCKOUT

21.1 During the term of this Agreement, or any extension thereof, the Union, its representatives, agents, and members will not cause, assist, encourage, participate in, condone, ratify, or sanction any strike, sympathy strike, work stoppage, sit-down, slow-down, curtailment of work, withholding or delaying any grades, academic evaluations, or other documents, nor shall any faculty members engage in such conduct.

21.2 Any faculty member engaging in any conduct prohibited by this Article is subject to immediate disciplinary action, including discharge. The question of whether the faculty member violated this Article is subject to challenge under the Grievance Procedure of this Agreement. However, the University's decision to discipline, suspend or discharge a faculty member for such violation shall not be subject to challenge under the Grievance Procedure.

21.3 In the event that any faculty member violates the provisions of Section 1 above, the Union shall immediately inform such faculty member(s) through all reasonable means that such action is prohibited under this Agreement and that such faculty member(s) should cease such action and return to full, normal, and timely work. The Union shall also distribute to the faculty member(s) and the University a written notice, signed by an officer of the Union, that the work stoppage or other violation is not authorized by the Union. Such distribution shall be made within twenty-four (24) hours of notice to the Union from the University that there has been a violation of this Article.

21.4 During the term of this Agreement, or any extension thereof, the University agrees that it shall not lock out any of the faculty members covered by this Agreement.

## ARTICLE 22
## SEPARABILITY

22.1 If any provision of this Agreement, in whole or in part, is declared to be illegal, void, or invalid by any court of competent jurisdiction or any administrative agency that has jurisdiction, all of the other terms, conditions, and provisions of this Agreement shall remain in full force and effect, to the same extent as if the invalid provision had never been part of the Agreement. In such an event, the remainder of this Agreement shall continue to be binding upon the parties to it.

## ARTICLE 23
## DURATION OF AGREEMENT

This Agreement shall be in full force and effect from the date of ratification to June 30, 2029**.** It shall continue from year to year thereafter unless written notice to terminate this Agreement is served by either party upon the other by certified mail, return receipt, and such notice is received no later than **ninety (90)** calendar days prior to the expiration date in which event this Agreement shall terminate at midnight of June 30, 2029 unless renewed or extended by mutual written agreement signed by the parties.

If notice of termination is given as provided for, negotiations of a new Agreement shall begin within **thirty (30)** calendar days of the receipt of such notice.

FOR SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 509, AFL-CIO

Dave Foley, President
SEIU Local 509

07/14/2025

Date

FOR TUFTS UNIVERSITY

Bárbara M. Brizuela, Dean
School of Arts & Sciences

Date